# **Exhibit A**

TWENTY-FIRST JUDICIAL DISTRICT COURT

PARISH OF TANGIPAHOA

STATE OF LOUISIANA

CASE NUMBER: 2008-0003165   DIVISION: " "

LEVI E. ROBERTSON

VERSUS

SUN LIFE FINANCIAL, SUN LIFE ASSURANCE COMPANY OF CANADA, AND/OR SUN LIFE ADMINISTRATORS (U.S.), INC.
WACHOVIA BANK, N.A., CAPITAL ONE BANK, N.A., AND MATTHEW PIZZOLATO

FILED: October 09, 2008                    _____
                                            DEPUTY CLERK

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel comes the plaintiff herein, Levi E. Robertson, an individual of the full age of majority and domiciled in the Parish of Tangipahoa, State of Louisiana, who respectfully represents that:

1.

Made defendants herein are Sun Life Financial, Sun Life Assurance Company of Canada and/or Sun Life Administrators (U.S.), Inc. (hereinafter referred to as "Sun Life"), who upon information and belief are Non-Louisiana business corporations authorized to do and doing business in the State of Louisiana.

2.

Made defendant herein is Wachovia Bank, N.A. (hereinafter referred to as "Wachovia"), who is believed to be a Non-Louisiana business corporation.

3.

Made defendant is Capital One Bank, N.A., who is believed to be a Non-Louisiana business corporation authorized to do and doing business in the State of Louisiana.

4.

Made defendant herein is Matthew Pizzolato, who is believed to be an individual of the full age of majority and domiciled in the Parish of Tangipahoa, State of Louisiana.

5.

On or about October 21, 2005 check number 71071223, dated October 13, 2005, which was

drawn on defendant Wachovia Bank, N.A. made payable to the order of Levi E. Robertson in the amount of $99,999.99 was forged by defendant Matthew Pizzolato and cashed by defendant Capital One Bank, N.A., see a copy of the check attached and marked as Exhibit "A."

6.

Defendant Capital One Bank, N.A. paid the check over a forged indorsement and is liable to plaintiff for the full amount of said check plus legal interest.

7.

Defendant Wachovia Bank, N.A. paid the sum of the check which was forged without verifying the indorsement on the check and are therefore solidarily liable with Capital One Bank, N.A. as set out above.

8.

Defendant Sun Life Financial, Sun Life Assurance Company of Canada and/or Sun Life Administrators (U.S.), Inc. withdrew $99,999.99 from petitioner's account without any authority from petitioner and without petitioner's knowledge, authorization or permission and through its negligence allowed defendant Matthew Pizzolato to gain possession of said check and negotiate it over petitioner's forged signature.

9.

Petitioner was not aware that a check was issued and/or cashed until approximately July 8, 2008 when he signed an Affidavit of Forgery. Petitioner never requested or granted defendants Sun Life Financial, Sun Life Assurance Company of Canada and/or Sun Life Administrators (U.S.), Inc. permission to issue the said check.

10.

Defendant Sun Life Financial, Sun Life Assurance Company of Canada and/or Sun Life Administrators (U.S.), Inc. knew petitioner's mailing address and telephone number; however, defendant failed to contact petitioner concerning the check and get his permission or authorization to issue said check or to notify him that they were issuing said check and this negligence allowed defendant Matthew Pizzolato to gain possession of said check and to wrongfully negotiate it.

2

11.

Petitioner Levi E. Robertson suffered damages as a result of defendants Sun Life Financial, Sun Life Assurance Company of Canada and/or Sun Life Administrators (U.S.), Inc., Wachovia Bank, N.A., Capital One Bank N.A. and Matthew Pizzolato's negligence and is entitled to recover for the following damages:

  (a)  the amount of the check $99,999.99;
  (b)  past, present and future mental anguish and emotional distress;
  (c)  legal interest from the date of judicial demand;
  (d)  all other general and special damages as are reasonable in the premises; and
  (e)  all costs of this proceeding.

12.

Petitioner's claim is worth more than $50,000.00 and defendants are liable in solido.

**WHEREFORE**, petitioner prays for judgment in his favor and against defendants, Sun Life Financial, Sun Life Assurance Company of Canada and/or Sun Life Administrators (U.S.), Inc., Wachovia Bank, N.A. and Capital One Bank, N.A. *in solido*, for all special damages, all general damages and all equitable relief that are just and reasonable in the premises.

Petitioner further prays for attorney's fees, all costs of this proceeding and legal interest in accordance with law. This case is worth more than $50,000.00.

Respectfully submitted:

Byard Edwards, Jr.
La Bar Roll No. 5282
Byard Edwards & Associates, LLC
Post Office Drawer 1890
Ponchatoula, Louisiana 70454
Telephone: (985)386-3148
Facsimile: (985)386-6033

File#:

TWENTY-FIRST JUDICIAL DISTRICT COURT

PARISH OF TANGIPAHOA

STATE OF LOUISIANA

CASE NUMBER: 2008-0003165   DIVISION: " "

LEVI E. ROBERTSON

VERSUS

SUN LIFE FINANCIAL, SUN LIFE ASSURANCE COMPANY OF CANADA AND/OR SUN LIFE ADMINISTRATORS (U.S.), INC., WACHOVIA BANK, N.A., CAPITAL ONE BANK, N.A., AND MATTHEW PIZZOLATO

FILED: October 09, 2008                       _____
                                              DEPUTY CLERK

## VERIFICATION

STATE OF LOUISIANA

PARISH OF TANGIPAHOA

**BEFORE ME**, the undersigned authority, personally came and appeared Levi E. Robertson who after being first duly sworn, deposed and said that he is the petitioner in the above captioned cause, that the above and foregoing Petition for Damages is true and correct to the best of his knowledge, information and belief.

_____
LEVI E. ROBERTSON

SWORN TO and subscribed
before me, this 10th
day of October, 2008.

_____
NOTARY PUBLIC

JENEL GUIDRY SECREASE
Notary Public
State of Louisiana
LSBA # 29671
Tangipahoa Parish

**SHERIFF PLEASE SERVE:**

1.   **WACHOVIA BANK, N.A.**
     **Through Louisiana Long Arm Service**

   Through its Registered Agent
   CT Corporation System
   5615 Corporate Boulevard, Suite 400B
   Baton Rouge, Louisiana 70808

3.  CAPITAL ONE BANK, N.A.
   Through its Registered Agent
   Corporation Service Company
   320 Somerulos Street
   Baton Rouge, Louisiana 70802-6129

4.  MATTHEW PIZZOLATO
   10031 Issabella Lane
   Hammond, Louisiana 70403-1810

(Page 5 of 6) Case 2:17-cv-02148-SSV-JVM Document 1-1 Filed 03/15/17 Page 6 of 7

**BYARD "PECK" EDWARDS, JR.**
*(Attorney at Law)*
Post Office Drawer 1890
Ponchatoula, Louisiana 70454
Phone: (985) 386-3148
Fax: (985) 386-6033
E-mail: byardedwards@bellsouth.net

October 8, 2008

Honorable Julian Dufreche
Clerk of Court
21st Judicial District Court
Parish of Tangiphaoa
P.O. Box 667
Amite, Louisiana 70422

Re: Levi Robertson vs. Sun Life Financial, Sun Life Assurance Company of Canada, And/Or Sun Life Administrators (U.S.), Inc., Wachovia Bank, N.A., Capital One Bank, N.A., and Matthew Pizzolato, 21st JDC, Parish of Tangipahoa

Dear Mr. Dufreche:

Enclosed please find a Petition for Damages in the above referenced matter. Please file the original into the record and return a stamped copy to me in the envelope which I have provided. Al

Should you have any questions, please do not hesitate to call our office. Thank you for your assistance in this matter.

SCANNED

Sincerely,

*Byard "Peck" Edwards*

BYARD "PECK" EDWARDS, JR.

BPEjr./dmn