UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEVI E. ROBERTSON, on behalf of himself and all others similarly situated,<br>　　　　　　　Plaintiff,<br>v.<br>SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), WACHOVIA BANK, N.A., and MATTHEW PIZZOLATO,<br>　　　　　　　Defendants. | NO: 2:17-CV-02148<br><br>SECTION: "R"<br>DIVISION: 1<br><br>JUDGE SARAH S. VANCE<br><br>MAGISTRATE JANIS VAN MEERVELD |

**Notice of Voluntary Dismissal of Matthew Pizzolato and Wachovia Bank NA**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure,[1] Plaintiff Levi Robertson voluntarily dismisses only defendants Matthew Pizzolato and Wachovia Bank NA without prejudice by a filing this Notice of Dismissal before service of an answer or motion for summary judgment by these two defendant parties, reserving all other rights and claims.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　 /s/ Eric R. Nowak
　　　　　　　　　　　　　　　　　Eric R. Nowak, T.A. (#27025)
　　　　　　　　　　　　　　　　　HARRELL & NOWAK, LLC
　　　　　　　　　　　　　　　　　650 Poydras Street, Suite 2107
　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70130-6101
　　　　　　　　　　　　　　　　　Telephone: (504) 522-7885
　　　　　　　　　　　　　　　　　enowak@hnjustice.com
　　　　　　　　　　　　　　　　　　and
　　　　　　　　　　　　　　　　　Byard Edwards, Jr. (#5282)
　　　　　　　　　　　　　　　　　902 CM Fagan Dr., Suite G
　　　　　　　　　　　　　　　　　Hammond, LA 70403
　　　　　　　　　　　　　　　　　Telephone: (985) 520-2131
　　　　　　　　　　　　　　　　　byardedwards@bellsouth.net
　　　　　　　　　　　　　　　　　*Attorneys for Levi E. Robertson*

**Certificate of Service**

I certify that, on June 12, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice will be sent to all counsel of record through the Court's electronic filing system.　　　　  /s/ Eric R. Nowak

---

[1] *See Plains Growers, Inc. v. Ickes–Braun Glasshouses, Inc.*, 474 F.2d 250 (5th Cir.1973).

1