# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEVI E. ROBERTSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), WACHOVIA BANK, N.A., and MATTHEW PIZZOLATO,<br><br>Defendants | CASE NO. 2:17-CV-02148<br><br>JUDGE SARAH S. VANCE<br><br>MAGISTRATE JANIS VAN MEERVELD |

## **RULE 41(a) STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Levi E. Robertson and Defendant Sun Life Assurance Company of Canada (U.S.), through their undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice, and without costs to either party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted:

| **HARRELL & NOWAK, LLC**<br><br>*/s/ Eric R. Nowak*_____<br>Eric R. Nowak, T.A. (#27025)<br>650 Poydras Street, Suite 2107<br>New Orleans, Louisiana 70130-6101<br>Telephone: (504) 522-7885<br>enowak@hnjustice.com<br><br>Byard Edwards, Jr. (#5282)<br>902 CM Fagan Dr., Suite G<br>Hammond, LA 70403<br>Telephone: (985) 520-2131<br>byardedwards@bellsouth.net<br><br>*Attorneys for Levi E. Robertson* | **IRWIN FRITCHIE URQUHART & MOORE LLC**<br><br>*/s/ Kelly Juneau Rookard*_____<br>Edward W. Trapolin (#27667)<br>Kelly Juneau Rookard (#30573)<br>Irwin Fritchie Urquhart & Moore, LLC<br>400 Poydras Street, Suite 2700<br>New Orleans, Louisiana 70130<br>Telephone: (504) 310-2100<br>Facsimile: (504) 310-2101<br>etrapolin@irwinllc.com<br>kjuneau@irwinllc.com<br><br>Andrea J. Robinson (*pro hac vice*)<br>Timothy J. Perla (*pro hac vice*) |

390032

|  | Ian D. Coghill (*pro hac vice*)<br>Wilmer Cutler Pickering Hale<br>  and Dorr LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>*Attorneys for Sun Life Assurance Company of Canada (U.S.)* |

## CERTIFICATE OF SERVICE

I hereby certify that on August **21**, 2018, a copy of the pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Kelly Juneau Rookard*

390032