# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEVI E. ROBERTSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), WACHOVIA BANK, N.A., and MATTHEW PIZZOLATO,<br><br>Defendants | CASE NO. 2:17-CV-02148<br><br>JUDGE SARAH S. VANCE<br><br>MAGISTRATE JANIS VAN MEERVELD |

## ORDER

Considering the foregoing Rule 41(a) Stipulation of Dismissal, and upon consent of the parties;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all of Plaintiff Levi E. Robertson's claims against Defendant Sun Life Assurance Company of Canada (U.S.), are hereby **DISMISSED WITH PREJUDICE**, with all costs to be borne by the respective parties incurring same.

JUDGMENT READ, RENDERED, AND SIGNED on this 22nd day of August, 2018, in New Orleans, Louisiana.

_Sarah Vance_
**UNITED STATES DISTRICT JUDGE**

390033